Antwon **EDWARDS**, Plaintiff— Appellant,

v.

Robert **KUPEC**, Warden; Major William Macock; David Twilley, Sergeant; Donald Adams, Correctional Officer II; Cosimo Giordano, Lieutenant; Robert Ritchey, Chief; William Sondervan, Commissioner, Defendants—Appellees.

No. 03–7364.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 5, 2004.

Antwon Edwards, Appellant pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

§ 2241 petition.

PER CURIAM.

Antwon Edwards appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Edwards v. Kupec,* No. CA–03–891–DKC (D. Md. filed July 29, 2003 & entered July 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*